NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of LOUIS MILLER, Trading as LOUIS MILLER & CO., et al., Appellant, *v.* MANUFACTURERS DISCOUNT CORPORATION, Respondent.

Submitted July 23, 1946; decided July 23, 1946.

*J. Jacob Hahn* and *Reuben Golin* for motion.
*Milton P. Kupfer* and *Frederick S. Danziger* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.